[No. 21833-0–II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-01460-9, Daniel J. Berschauer, J., entered March 21, 1997. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Houghton, JJ.

[No. 24341-5-II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRIN MICHAEL CALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04792-1, Bruce W. Cohoe, J., entered January 13, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24236-2-II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR L. CANDELARIO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00207-9, Jay B. Roof, J., entered January 11, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.